# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

EMILIO RAMOS DE LA LUZ,

    Petitioner,

    v.                               Case No. 1:26-cv-00096 KWR-GBW

GEORGE DEDOS, *Warden, Cibola County Detention Center*,
MARY DE ANDA-YBARRA, *Field office Director, El Paso,*
*U.S. Immigrations and Customs Enforcement,*
PAMELA BONDI, *U.S. Attorney General,*
DAREN K. MARGOLIN, *Director for the Executive Office of Immigration Review,*
TODD LYONS, *Acting Director of Immigration and Customs Enforcement,*
*and* KRISTI NOEM*, Secretary of the U.S. Department*
*of Homeland Security*,

    Respondents.

## ORDER DISMISSING CASE

THIS MATTER comes before the Court upon Petitioner's Notice of Voluntary Dismissal (Doc. 4). Petitioner voluntarily dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 4 at 2.

Having considered the record and the law, the Court dismisses this case without prejudice.

**IT IS SO ORDERED.**

                                            /S/
                                        KEA W. RIGGS
                                        UNITED STATES DISTRICT JUDGE