IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EMILIO RAMOS DE LA LUZ,

    Petitioner,

v.                                   Case No. 1:26-cv-00096 KWR-GBW

GEORGE DEDOS, *Warden, Cibola County Detention Center*,
MARY DE ANDA-YBARRA, *Field office Director, El Paso,*
*U.S. Immigrations and Customs Enforcement,*
PAMELA BONDI, *U.S. Attorney General,*
DAREN K. MARGOLIN, *Director for the Executive Office of Immigration Review,*
TODD LYONS, *Acting Director of Immigration and Customs Enforcement,*
*and* KRISTI NOEM*, Secretary of the U.S. Department*
*of Homeland Security*,

    Respondents.

## JUDGMENT

Consistent with the order entered concurrently herewith, this case is dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

                                              /S/
                                  KEA W. RIGGS
                                  UNITED STATES DISTRICT JUDGE